IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD A. SCARLETT,** | : | CIVIL ACTION NO. 1:23-CV-1042 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT OF SCI-GREENE,** | : | |
| Respondent | : | |

# ORDER

AND NOW, this 4th day of December, 2023, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED with prejudice.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania